# WARRANTY DEED

THE GRANTOR, *Phyllis LaRoe* of 411 North Elmore, Park Ridge, Illinois, for and in consideration of TEN DOLLARS ($10.00), in hand paid, and other good and valuable consideration, CONVEYS and WARRANTS to *Natalja Vildziuniene, a married woman*, of 208 North Dee Road, Park Ridge, Illinois, the following described Real Estate situated in the County of Cook, in the State of Illinois, to wit:

LEGAL DESCRIPTION ATTACHED HERETO
AND MADE A PART HEREOF

*SUBJECT TO: general real estate taxes not due and payable at the time of closing; covenants, conditions restrictions of record; building lines and easements, if any*

THIS IS NOT HOMESTEAD PROPERTY

Doc#: 1211604047 Fee: $40.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 04/25/2012 11:03 AM Pg: 1 of 2

Address of Real Estate: 3224 North Ottawa Avenue, Chicago, Illinois, 60634

Permanent Real Estate Index Number: 12-24-330-022-0000

DATED this 2nd day of February, 2012

_____
PHYLLIS LAROE

State of ____Illinois____ )
                         ) ss.
County of ____Cook____ )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that *Phyllis LaRoe*, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that she signed, sealed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth, including release and waiver of the right of homestead.

Given under my hand and notarial seal, this 2nd day of February, 2012.

_____
NOTARY PUBLIC

OFFICIAL SEAL
VIOLET CIACCIA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/13/13

THIS INSTRUMENT PREPARED BY: *Robert G. Guzaldo & Associates, Ltd., 6650 North Northwest Highway, Suite 300, Chicago, Illinois 60631; 773/467-0800*

AFTER RECORDING, MAIL TO:
Patricia Pascual, Esq.
6650 North Northwest Highway
Suite 300
Chicago, Illinois 60631

SEND SUBSEQUENT TAX BILLS TO:
Natalja Vildziuniene
3224 North Ottawa Avenue
Chicago, Illinois 60634

Attorneys' Title Guaranty Fund, Inc.
1 S. Wacker Dr., STE 2400
Chicago, IL 60606-4650
Attn: Search Department

B ✓
P ✓
S ✓
SC ✓
INT ✓


EXHIBIT 1

## LEGAL DESCRIPTION

LOT 15, IN BLOCK 8, IN GAUNTLETT, FEUERORN AND KLODE'S BELMONT HEIGHTS ADDITION, BEING A SUBDIVISION OF THE EAST ½ OF THE EAST ½ OF THE SOUTHWEST FRACTIONAL 1/4 SECTION 24, TOWNSHIP 40 NORTH RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Address of Real Estate: 3224 North Ottawa Avenue, Chicago, Illinois 60634

Permanent Real Estate Index Number: 12-24-330-022-0000

| REAL ESTATE TRANSFER | 04/06/2012 |
|---|---|
| COOK | $97.50 |
| ILLINOIS: | $195.00 |
| TOTAL: | $292.50 |

12-24-330-022-0000 | 20120401601082 | NL9ED4

| REAL ESTATE TRANSFER | 04/06/2012 |
|---|---|
| CHICAGO: | $1,462.50 |
| CTA: | $585.00 |
| TOTAL: | $2,047.50 |

12-24-330-022-0000 | 20120401601082 | PTUP2M

**Warranty Deed**
INDIVIDUAL TO INDIVIDUAL

3224 North Ottawa Avenue
Chicago, Illinois 60634

Phyllis LaRoe

to

Natalja Vildziumiene

# WARRANTY DEED

THE GRANTOR, *Phyllis LaRoe* of 411 North Elmore Avenue, Park Ridge, Illinois, for and in consideration of TEN DOLLARS ($10.00), in hand paid, and other good and valuable consideration, CONVEYS and WARRANTS to *Natalja Vildziuniene* of 208 North Dee Road, Park Ridge, Illinois, the following described Real Estate situated in the County of Cook, in the State of Illinois, to wit:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

SUBJECT TO: general real estate taxes not due and payable at the time of closing; covenants, conditions restrictions of record; building lines and easements, if any

THIS IS NOT HOMESTEAD PROPERTY

Doc#: 1228904070 Fee: $40.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 10/15/2012 10:26 AM Pg: 1 of 2

Address of Real Estate: 3543 North Plainfield Avenue, Chicago, Illinois, 60634

Permanent Real Estate Index Number: 12-23-402-011-0000

DATED this 14th day of June, 2012

_____
PHYLLIS LAROE

State of ____Illinois____ )
                          ) ss.
County of ____Cook____ )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that *Phyllis LaRoe*, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that she signed, sealed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth, including release and waiver of the right of homestead.

Given under my hand and official seal, this 14th day of June, 2012.

_____
NOTARY PUBLIC

THIS INSTRUMENT PREPARED BY: *Robert G. Guzaldo & Associates, Ltd., 6650 North Northwest Highway, Suite 300, Chicago, Illinois 60631; 773/467-0800*

AFTER RECORDING, MAIL TO:
Patricia Pascual, Esq.
6650 North Northwest Highway
Suite 300
Chicago, Illinois 60631

SEND SUBSEQUENT TAX BILLS TO:
Natalja Vildziuniene
3543 North Plainfield Avenue
Chicago, Illinois 60634

Attorneys' Title Guaranty Fund, Inc.
1 S. Wacker Dr., STE 2400
Chicago, IL 60606-4650
Attn:Search Department

OFFICIAL SEAL
VIOLET CIACCIA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/13/13

S  Y
P  ₤
S  N
SC Y
'NT ℡

EXHIBIT
2

## LEGAL DESCRIPTION

LOT 12 IN BLOCK 2 IN GEORGE GAUNLETT'S FOREST DRIVE SUBDIVISION IN THE WEST HALF OF FRACTIONAL SOUTHEAST QUARTER NORTH OF THE INDIAN BOUNDARY LINE OF FRACTIONAL SECTION 23, TOWNSHIP 40 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Address of Real Estate: 3543 North Plainfield Avenue, Chicago, Illinois 60634

Permanent Real Estate Index Number: 12-23-402-011-0000

| REAL ESTATE TRANSFER | 09/14/2012 |
|---|---|
| CHICAGO: | $1,462.50 |
| CTA: | $585.00 |
| TOTAL: | $2,047.50 |

12-23-402-011-0000 | 20120601603018 | JTN572

| REAL ESTATE TRANSFER | 09/14/2012 |
|---|---|
| COOK | $97.50 |
| ILLINOIS: | $195.00 |
| TOTAL: | $292.50 |

12-23-402-011-0000 | 20120601603018 | WZELZY

**Warranty Deed**
INDIVIDUAL TO INDIVIDUAL

3543 North Plainfield Avenue
Chicago, Illinois 60631

Phyllis LaRoe
to
Natalja Vildziuniene

This Document Was Prepared by:
VIOLET CIACCIA

After Recording Please Return to:
KEVIN P. LA ROE
411 ELMORE AVENUE
PARK RIDGE, ILLINOIS 60068



Doc#: 1302450022 Fee: $42.00
Karen A. Yarbrough RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 01/24/2013 02:00 PM Pg: 1 of 2

# WARRANTY DEED

WARRANTY DEED, made this thirtieth day of April, 2012 by Natalja Vildziumiene, of the City of Park Ridge and County of Cook, unto Natalja Vildziumiene and Kevin P. La Roe, whose mailing address is: 411 Elmore Avenue, Park Ridge, Illinois.

THE GRANTOR, for and in consideration of the sum of ten dollars (10.00), the receipt and sufficiency of which is hereby acknowledged and received, and for other good and valuable consideration, does hereby grant, bargain, sell and convey unto the grantee his/her heirs and assigns, the following described premises located in the County of Cook, State of Illinois, described as follows:

LOT 15 IN BLOCK 8, IN GAUNTLETT, FEUERORN AND KLODE'S BELMONT HEIGHTS ADDITION, BEING A SUBDIVISION OF THE EAST ½ OF THE EAST ½ OF THE SOUTHWEST FRACTIONAL ¼ SECTION 24, TOWNSHIP 40 NORTH RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY ILLINOIS.

Also known as street and number: 3224 North Ottawa Avenue, Chicago, Illinois 60634
Parcel ID #12-24-330-022-0000

TO HAVE AND TO HOLD the said premises, with its appurtenances unto the said Grantee his/her heirs and assigns forever. Grantors covenant with the Grantee that the Grantors are now seized in fee simple absolute of said premises; that the Grantors have full power to convey same; that the same is free from all encumbrances excepting those set forth above; that the Grantee shall enjoy the same without any lawful disturbance; that the Grantors will, on demand, execute and deliver to the Grantee, at the expense of the Grantors, any further assurance of the same that may be reasonably required, and, with the exceptions set forth above, that the Grantors warrant to the Grantee and will defend for him/her all the said premises against every person lawfully claiming all or any interest in same, subject to real property taxes accrued by not yet due and payable and any other covenants, conditions, easements, rights of way, laws and restrictions of record.
IN WITNESS WHEREOF, the grantor has executed this deed on the date set forth above.

_____
Grantor

_____
Witness

STATE OF) ILLINOIS
COUNTY OF) COOK:
The foregoing instrument was acknowledged before me, Violet Ciaccia, a notary public in and for the state of ILLINOIS on the 12 day of April, 20 12.
Witness my hand and official seal

_____
NOTARY PUBLIC
My commission expires on 11-13-13

[NOTARY SEAL]

OFFICIAL SEAL
VIOLET CIACCIA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/13/13



EXHIBIT 3

Doc#: 1302450023 Fee: $42.00
Karen A. Yarbrough RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 01/24/2013 02:00 PM Pg: 1 of 2

This Document Was Prepared by:
VIOLET CIACCIA

After Recording Please Return to:
KEVIN P. LA ROE
411 ELMORE AVENUE
PARK RIDGE, ILLINOIS 60068

# WARRANTY DEED

WARRANTY DEED, made this seventeenth day of October, 2012 by Natalja Vildziuniene, of the City of Park Ridge and County of Cook, unto Natalja Vildziuniene and Kevin P. La Roe, whose mailing address is: 411 Elmore Avenue, Park Ridge, Illinois.

THE GRANTOR, for and in consideration of the sum of ten dollars (10.00), the receipt and sufficiency of which is hereby acknowledged and received, and for other good and valuable consideration, does hereby grant, bargain, sell and convey unto the grantee his/her heirs and assigns, the following described premises located in the County of Cook, State of Illinois, described as follows:

LOT 12 IN BLOCK 2, IN GEORGE GAUNTLETTS, FOREST DRIVE SUBDIVISION IN THE WEST HALF OF FRACTIONAL SOUTHEAST QUARTER NORTH OF THE INDIAN BOUNDARY LINE OF FRACTIONAL SECTION 23, TOWNSHIP 40 NORTH RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY ILLINOIS.

Also known as street and number: 3543 N. Plainfield Avenue, Chicago, Illinois 60634
Parcel ID #12-23-402-011-0000

TO HAVE AND TO HOLD the said premises, with its appurtenances unto the said Grantee his/her heirs and assigns forever. Grantors covenant with the Grantee that the Grantors are now seized in fee simple absolute of said premises; that the Grantors have full power to convey same; that the same is free from all encumbrances excepting those set forth above; that the Grantee shall enjoy the same without any lawful disturbance; that the Grantors will, on demand, execute and deliver to the Grantee, at the expense of the Grantors, any further assurance of the same that may be reasonably required, and, with the exceptions set forth above, that the Grantors warrant to the Grantee and will defend for him/her all the said premises against every person lawfully claiming all or any interest in same, subject to real property taxes accrued by not yet due and payable and any other covenants, conditions, easements, rights of way, laws and restrictions of record.

IN WITNESS WHEREOF, the grantor has executed this deed on the date set forth above.

_____
Grantor

_____
Witness

STATE OF) ILLINOIS
COUNTY OF) COOK:
The foregoing instrument was acknowledged before me, Violet Ciaccia, a notary public in and for the state of ILLINOIS on the __17__ day of __October__, 20_12_.
Witness my hand and official seal

_____
NOTARY PUBLIC
My commission expires on __11-13-13__      [NOTARY SEAL]

OFFICIAL SEAL
VIOLET CIACCIA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/13/13


EXHIBIT 4

# LEGAL DESCRIPTION

LOT 12 IN BLOCK 2 IN GEORGE GAUNLETT'S FOREST DRIVE SUBDIVISION IN THE WEST HALF OF FRACTIONAL SOUTHEAST QUARTER NORTH OF THE INDIAN BOUNDARY LINE OF FRACTIONAL SECTION 23, TOWNSHIP 40 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Address of Real Estate: 3543 North Plainfield Avenue, Chicago, Illinois 60631

Permanent Real Estate Index Number: 12-23-402-011-0000

**Warranty Deed**
INDIVIDUAL TO INDIVIDUAL

3543 North Plainfield Avenue
Chicago, Illinois 60631

Phyllis LaRoe

to

Natalja Vildziuniene