**U.S. Bankruptcy Court**
Northern District of Illinois

In re:
Bankruptcy Case No. **19-22967**
**NATALJA VILDZIUNIENE**

Debtor

Adversary Proceeding No. **21-00087**
**NATALJA VILDZIUNIENE**

Plaintiff

v.
**KEVIN P. LAROE**

Defendant

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**To:** KEVIN P. LAROE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| John H Redfield |
| 135 S. LaSalle Street |
| Suite 3950 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
|---|---|---|
| | Appear Using Zoom for Government Judge Barnes | 07/12/2021 at 01:30PM |
| | By video, use link: https://www.zoomgov.com/ | |
| | By telephone, call 1-669-254-5252 or 1-646-828-7666. | |
| | Enter the meeting ID 161 329 5276 and passcode 433658. | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
05 / 25 / 2021

*Jeffrey P. Allsteadt*
Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

| Natalja Vildziuniene | Adv Proc No: **21-00087** |
|---|---|

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, __Sara Lydon__, certify that service of this summons and a copy of the complaint was made __5/25/21__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Kevin P. LaRoe
411 Elmore Avenue
Park Ridge Illinois 60068

☐ Per~~sonal Service: By delivering the process wit~~h the defendant or with an officer or agen~~t of defendant at:~~

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __5/25/21__   Signature _S. Lydon_

Print Name: __Sara L. Lydon__

Business Address: CRANE, SIMON, CLAR & GOODMAN
135 S. LaSalle St., Ste. 3950
Chicago, IL 60603