IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | Judge Timothy A. Barnes |
| Natalja Vildziuniene, | ) | Case No. 19-22967 |
| | ) | |
| Natalja Vildziuniene, | ) | |
| | ) | |
| Plaintiff | ) | Adv. No. 21-00087 |
| | ) | |
| Kevin P. LaRoe, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

TO: ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on **the 2nd day of August 2021 at the hour of 1:30 p.m.,** or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, or before any other Judge who may be sitting in his place, and present the **Motion of Plaintiff for Default Judgment Against Kevin P. LaRoe,** a copy of which is attached hereto and herewith served upon you.

    **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video,** (1) use the link: https://www.zoomgov.com/. (2) Enter the meeting ID 161 329 5276. (3) Enter the passcode 433658. **Unless otherwise ordered by Judge Barnes, the hearings will be conducted *without* video.**

    **To appear by telephone,** (1) CALL Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 161 329 5276. (3) Enter passcode 433658.

    **When prompted identify yourself by stating your full name.**

    **To reach Judge Barnes's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

    **If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

    /s/John H. Redfield
    Crane, Simon, Clar & Goodman
    135 S. LaSalle, Suite 3950
    Chicago, IL 60603
    (312) 641-6777

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | Judge Timothy A. Barnes |
| Natalja Vildziuniene, | ) | Case No. 19-22967 |
| | ) | |
| Natalja Vildziuniene, | ) | |
| | ) | |
| Plaintiff | ) | Adv. No. 21-00087 |
| | ) | |
| Kevin P. LaRoe, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF) (where indicated), via Facsimile or email (where indicated) or via First Class U.S. Mail (where indicated), and properly addressed and postage pre-paid on the 23rd of July 2021.

                                                                                      /s/John H. Redfield

Via ECF
Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

James J Ayres Law Offices, Ltd.
*James@AyresLawLtd.com*

Kevin Besetzny
kbesetzny@besetznylaw.com

Jennifer M Rinn
Jennifer@rinnrichmanlaw.com

Amir R Tahmassebi
amir@konicekdillonlaw.com

Jeffrey Snell jeffrey.snell@usdoj.gov

Bradley Block
brad.block@bradblocklaw.com

Jonathan D. Golding
jgolding@goldinglaw.net

Richard N Golding
rgolding@goldinglaw.net

Cornelius P Brown
nbrown@cohonraizes.com

Carrie A. Dolan
cdolan@cohonraizes.com

Jeffrey D Corso
jcorso@ccvmlaw.com

Peter C Bastianen
bkpleadingsNORTHERN@il.cslegal.com

Christopher T Smith
ctsmith@attorneyctsmith.com

David DeCelles
U.S. Attorney's Office
david.decelles@usdoj.gov

Dana N O'Brien
dana.obrien@mccalla.com

Toni Townsend
toni.townsend@mccalla.com

Via Email:
Natalja Vildziuniene

Via US Mail:
John P. LaRoe (Mailed on July 24, 2021)
411 Elmore St.
Park Ridge, IL  60068