**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | September 20, 2021 |
| **Bankruptcy Case No.** | 19 B 22967 | **Adversary No.** | 21 A 00087 |
| **Title of** | Vildziuniene v. LaRoe | | |
| **Brief Statement of Motion** | Adversary Complaint | | |
| **Names and Addresses of moving counsel** | | | |
| **Representing** | | | |

# ORDER

Bankruptcy case 19 B 22967 having been dismissed September 20, 2021, Adversary Complaint 21 A 00087 is hereby concluded.